*E-Filed 4/8/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAJI VETTIYIL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SATYAM COMPUTER SERVICES, LTD., B. RAMALINGA RAJU, B. RAMA RAJU, SRINIVAS VADLAMANI, PRICE WATERHOUSE, and PRICEWATERHOUSECOOPERS INTERNATIONAL, LTD.,<br><br>    Defendants.<br>_____/ | No. 5:09 CV 0117<br><br>**ORDER CONTINUING MOTION HEARING** |

THIS MATTER is before the Court *sua sponte* to continue the hearing on three separate motions for appointment as lead plaintiff, filed by plaintiffs Wayne Lau and Global Institutional Investors and movant Mineworkers' Pension Scheme, dockets [10], [19], and [26]. The hearing is hereby continued from April 22, 2009, to **May 6, 2009, at 9:30 a.m.**

IT IS SO ORDERED.

DATED:     April 8, 2009

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER CONTINUING MOTION HEARING
NO. 5:09 CV 0117